cuit denied. *Messrs. Francis Kohlman, Sherman L. Whipple* and *Arthur D. Hill* for petitioners. *Messrs. Charles F. Choate, Jr.,* and *Nathan Matthews* for respondents.

---

No. 525. LUCINDA HALDEMAN, ADMINISTRATRIX, *v.* READING COMPANY. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Charles A. Ludlow* for petitioner. *Mr. Edward L. Katzenbach* for respondent.

---

No. 526. MICHAEL F. LOUGHMAN, PRESIDENT OF THE STATE TAX COMMISSION, AND JOHN J. MERRILL ET AL., STATE TAX COMMISSIONERS, *v.* MARTHA J. SMITH, EXECUTRIX. November 21. 1927. Petition for a writ of certiorari to the Supreme Court of the State of New York denied. *Mr. Albert Ottinger,* Attorney General of New York, for petitioners. *Mr. John L. McMaster* for respondents.

---

No. 527. LENA KAHLSTROM, ADMINISTRATRIX, *v.* INTERNATIONAL STEVEDORING COMPANY. November 21, 1927. Petition for a writ of certiorari to the Supreme Court of the State of Washington denied. *Mr. Arthur E. Griffin* for petitioner. *Messrs. Stephen V. Carey* and *Alfred J. Schweppe* for respondent.

---

No. 528. FORDSON COAL COMPANY *v.* WILEY SPURLOCK ET AL. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Wallace R. Middleton, Clifford B. Longley,* and *Cleon K. Calvert* for petitioner. *Mr. Charles H. Morris* for respondents.